PER CURIAM.
 

 We previously granted review of
 
 McGriff v. State,
 
 — So.3d-, 2007 WL 516148 (Fla. 1st DCA 2007), to resolve a certified conflict in the district courts regarding the applicability of
 
 Apprendi v. New Jersey,
 
 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and
 
 Blakely v. Washington,
 
 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), to resentencing proceedings which became final after
 
 Ap-prendi
 
 and
 
 Blakely
 
 issued where the conviction and the original sentence were final before they issued.
 
 See
 
 art. V, § 3(b)(4), Fla. Const.;
 
 State v. McGriff,
 
 4 So.3d 677 (Fla.2009) (granting review). We resolved this conflict, however, in
 
 State v. Fleming,
 
 61 So.3d 399 (Fla.2011). Accordingly, we have determined to discharge jurisdiction in
 
 McGriff
 
 and dismiss this review proceeding.
 

 It is so ordered.
 

 CANADY, C.J., and PARIENTE, LEWIS, QUINCE, LABARGA, and PERRY, JJ., concur.
 

 POLSTON, J., recused.